UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
JUL 20 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>EDWARD WILSON, )<br>)<br>Defendant. ) | CAUSE NO.<br><br>1:21-cr-0201 JMS-TAB |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1
18 U.S.C. § 922(a)(6)
Making a False Statement during Purchase of a Firearm

On or about January 14, 2021, in the Southern District of Indiana, EDWARD WILSON, the defendant herein, in connection with the acquisition of a firearm, to wit: one (1) Glock 19 pistol, bearing serial number BN2F513; and/or one (1) Glock 19 pistol, bearing serial number BN2F462; and/or one (1) Glock 45 pistol, bearing serial number BRMB531; and/or (1) Glock 45 pistol bearing serial number BRMB532, from Shoot Point Blank, LLC, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Shoot Point Blank, LLC, which statement was intended and likely to deceive Shoot Point Blank, LLC, as to a material fact to the lawfulness of such acquisition of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of the firearm.

All in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
## 18 U.S.C. § 924(a)(1)(A)
Making a False Statement with Respect to Information Required to be kept by Licensed Firearms Dealers

On or about January 14, 2021, in the Southern District of Indiana, EDWARD WILSON, the defendant herein, did knowingly make a false statement and representation to Shoot Point Blank, a licensed firearms dealer under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shoot Point Blank, in that the defendant did falsely declare on an ATF Form 4473, Firearms Transaction Record, that he was the actual transferee/buyer of one (1) Glock 19 pistol, bearing serial number BN2F513; and/or one (1) Glock 19 pistol, bearing serial number BN2F462; and/or one (1) Glock 45 pistol, bearing serial number BRMB531; and/or (1) Glock 45 pistol, bearing serial number BRMB532, all in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

1. The allegations contained in this indictment are realleged as if fully set forth herein, for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of an offense set forth in this Indictment, Defendant herein shall forfeit to the United States any firearm or ammunition involved in or used in such offense.

JOHN E. CHILDRESS
Acting United States Attorney

By: *[signature]*
Lawrence D. Hilton
Assistant United States Attorney